# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                      CASE NO: 1−10−49599−ess

Alba D. Martinez

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:            CHAPTER: 7

xxx−xx−0032

DEBTOR(s)

## NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE

Notice is hereby given that:

The above−named debtor(s) has not filed a Certificate of Completion of a course in Financial Management or Official Form 23 in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 23 is filed by January 3, 2011 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: December 17, 2010

                                                        For the Court, Robert A. Gavin, Jr., Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: admin              Page 1 of 1              Date Rcvd: Dec 20, 2010
Case: 10-49599                Form ID: 268             Total Noticed: 3

The following entities were noticed by first class mail on Dec 22, 2010.
db           +Alba D. Martinez,   6232 71st St,   3rd Fl.,   Middle Village, NY 11379-1215
aty          +David S Hamilton,   Dwyer & Associates,   11 Broadway,   Suite 615,   New York, NY 10004-1490
smg          +United States Trustee,   Office of the United States Trustee,   271 Cadman Plaza East,
              Brooklyn, NY 11201-1833

The following entities were noticed by electronic transmission on Dec 20, 2010.
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov                         United States Trustee,
              Office of the United States Trustee,   271 Cadman Plaza East,   Brooklyn, NY 11201-1833
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2010**         **Signature:**         *Joseph Speetjens*